UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND,

                     Petitioners,

    -against-

ALPHA ENVIRONMENTAL SERVICES, INC.,

                     Respondent.

------------------------------------- x

MEMORANDUM DECISION
AND ORDER

19 Civ. 00358 (GBD)

GEORGE B. DANIELS, United States District Judge:

This action having been commenced by the filing of a Petition to Confirm Arbitration Award (ECF No. 1) on January 14, 2019, and the filing of an Amended Petition to Confirm Arbitration Award ("Amended Petition," ECF No. 7) on January 24, 2019, and the filing of a Summons on January 25, 2019, and a copy of the Amended Petition and Summons having been served on Respondent on February 20, 2019 through the Secretary of State of New York, and Respondent having failed to answer, appear, or otherwise move with respect to the Amended Petition, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Amended Petition to Confirm Arbitration Award, (ECF No. 7), is GRANTED.

Dated: March 30, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE