UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND,

       Petitioners,

  -against-

ALPHA ENVIRONMENTAL SERVICES, INC.,

       Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUDGMENT

19 Civ. 00358 (GBD)

GEORGE B. DANIELS, United States District Judge:

  WHEREAS, on January 15, 2018, Arbitrator Joseph A. Harris found in favor of Plaintiff Trustees for The Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund against Defendant Alpha Environmental Services, Inc., (*see* Default Op. and Award, ECF No. 7, Ex. 1);

  WHEREAS, on January 15, 2018, Arbitrator Harris awarded Plaintiff a total amount of $30,653.28, comprising $23,984.95 based on a payroll audit and $6,668.33 based on shop steward reports, (*see id.* at 2–3);

  WHEREAS, on January 15, 2018, Arbitrator Harris also awarded Plaintiff the additional sum of $2,100, comprising $500 in attorneys' fees and $1,600 in arbitrator costs, (*see id.* at 3; Decl. Haluk Savci, ECF No. 12, at 6 (explaining discrepancy in Default Op. and Award));

  WHEREAS, on January 14, 2019, Plaintiff moved to confirm the arbitration award, (ECF No. 1), and then filed an Amended Petition to confirm the arbitration award, ("Amended Petition," ECF No. 7), to which no Defendant opposed;

WHEREAS, on March 30, 2023, this Court granted Plaintiff's Amended Petition, (ECF No. 11);

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in the amount of $32,753.28, plus any post-judgment interest at the statutory rate, in favor of Plaintiff against Defendant Alpha Environmental Services, Inc.

The Clerk of Court is directed to close the above-captioned case.

Dated: April 4, 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE